UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.

MABELLE MEYAART a/k/a MAI
MEYAART,

      Plaintiff,

v.

TRAVEL LEADERS GROUP, LLC., d/b/a
and s/k/a TRAVEL LEADERS GROUP,
NINAN CHACKO and JOHN LOVELL,

      Defendants.

_____/

## DEFENDANT'S NOTICE OF REMOVAL

To the Honorable Judges of the United States District Court for the Southern District of Florida:

Defendant, Travel Leaders Group, LLC., by and through its undersigned attorneys, respectfully shows this Court:

1. Travel Leaders Group, LLC., is a defendant in the above-entitled action.

2. The above-entitled action was commenced against defendants, Travel Leaders Group, LLC., Ninan Chacko and John Lovell in the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida, and is now pending in such court.

3. This Notice is filed with the Court within 30 days after receipt by defendant Travel Leaders Group, LLC. of a copy of the initial pleading in the above-entitled action.

4. Copies of all process, pleadings, and orders served upon defendant together with copies of all other filings in the state court in the above-entitled action are attached as composite Exhibit "A".

5. The above-entitled action is a civil action including a claim arising under the Equal Pay Act, 29 U.S.C. §206(d)(1) as more fully appears in the copy of the complaint filed and attached as part of composite Exhibit "A."

5. The United States District Courts have original jurisdiction of the above-entitled civil action pursuant to 28 U.S.C. §1331 because the Equal Pay Act claim under count I thereof arises under a law of the United States, and the action may therefore be removed to this Court pursuant to 28 U.S.C. §1441(a). This Court has supplemental jurisdiction of the claims in the remaining counts thereof pursuant to 28 U.S.C. §1367 since they are so related to the claim within such original jurisdiction that they form part of the same case or controversy under Article III of the U. S. Constitution.

6. All defendants consent to the removal of this action. Counsel for defendants, Ninan Chacko and John Lovell, will file a consent to the removal of this action pursuant to 28 U.S.C. §1446(b)(1).

7. A copy of this Notice of Removal is being promptly filed with the Clerk of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, and written notice of this Notice of Removal is being promptly given to all adverse parties, as required by 28 U.S.C. §1446(d).

Wherefore, Defendant requests that the above-entitled action be removed from the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida to the

United States District Court for the Southern District of Florida, West Palm Beach Division.

Dated: February 28, 2018.

By: /s/Thomas A. Groendyke
Thomas A. Groendyke, Esquire
Florida Bar No: 180849
MCGUINNESS & CICERO
1000 Sawgrass Corporate Parkway, Suite 590
Sunrise, FL 33323
Main (954) 838-8832 / Fax (954) 838-8842
Primary E-mail: tgroendyke@dmc-atty.com
Secondary E-mail: eservice@dmc-atty.com
acali@dmc-atty.com
Attorneys for Defendant, Travel Leaders Group, LLC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ ECF. I also certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/Thomas A. Groendyke
Thomas A. Groendyke, Esquire
Florida Bar No: 180849

## SERVICE LIST

Mabelle Meyaart a/k/a Mai Meyaart
v.
Travel Leaders Group, LLC., d/b/a/ and s/k/a
Travel Leaders Group, Ninan Chacko and John Lovell
Case No. _____
United States District Court
Southern District of Florida
West Palm Beach Division


Steven L. Schwarzberg, Esquire
SCHWARZBERG & ASSOCIATES
2751 S. Dixie Highway, Suite 400
West Palm Beach, FL 33405
Primary E-mail: steve@schwarzberglaw.com
Secondary E-mail: mail@schwarzberglaw.com
Attorneys for Plaintiff, Mabelle Meyaart a/k/a Mai Meyaart

Kelly B. Holbrook, Esquire
Of Counsel
BROAD AND CASSEL
100 N. Tampa St, Suite 3500
Tampa, FL 33602
Primary E-mail: kholbrook@broadandcassel.com
Attorneys for Defendants, Ninan Chacko and John Lovell