**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

MABELLE MEYAART
d/k/a MAI MEYAART,

      Plaintiff,

v.                                      CASE NO. 9:18-cv-80257-RLR

TRAVEL LEADERS GROUP, LLC,
d/b/a and s/k/a TRAVEL LEADERS GROUP,
NINAN CHACKO and JOHN LOVELL,

      Defendants.

_____/

## NOTICE OF APPEARANCE

      KELLY B. HOLBROOK and LISA GRIFFIN HODGDON, with the law firm of Broad

and Cassel LLP, hereby give notice of their appearance as counsel for Defendants, NINAN

CHACKO and JOHN LOVELL, and request that they be copied with all pleadings and notices in

this action.

DATED:  February 28, 2018        /s/ Kelly B. Holbrook_____

                                    KELLY B. HOLBROOK
                                    Lead Trial Counsel
                                    Florida Bar No. 527084
                                    kholbrook@broadandcassel.com
                                    ralicea@broadandcassel.com
                                    LISA GRIFFIN HODGDON
                                    Florida Bar No. 137774
                                    lhodgdon@broadandcassel.com
                                    ralicea@broadandcassel.com
                                    BROAD AND CASSEL LLP
                                    100 North Tampa Street, Suite 3500
                                    Tampa, FL  33602
                                    Telephone:  (813) 225-3020
                                    Facsimile:  (813) 225-3039
                                    *Attorneys for Defendants Ninan Chacko and*
                                    *John Lovell*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2018, a true and correct copy of the foregoing was filed using the Court's CM/ECF System, which will send a notice of electronic filing to the following CM/ECF participants:

Steven L. Schwarzberg, Esquire
Florida Bar No: 306134
SCHWARZBERG & ASSOCIATES
2751 S. Dixie Highway, Suite 400
West Palm Beach, Florida 33405
Tel: (561) 659-3300
Fax: (561) 693-4540
Primary E-mail: steve@schwarzberglaw.com
Secondary E-mail: mail@schwarzberglaw.com;
*Attorneys for Plaintiff, Mabelle Meyaart a/k/a Mai Meyaart*

Thomas A. Groendyke, Esquire
Florida Bar No: 180849
MCGUINNESS & CICERO
1000 Sawgrass Corporate Parkway, Suite 590
Sunrise, Florida 33323
Main: (954) 838-8832
Fax: (954) 838-8842
Primary E-mail: tgroendyke@dmc-atty.com
Secondary E-mail: eservice@dmc-atty.com
acali@dmc-atty.com
*Attorneys for Defendant, Travel Leaders Group, LLC*

s/  Kelly B. Holbrook
KELLY B. HOLBROOK, ESQ.