IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

MABELLE MEYAART
a/k/a MAI MEYAART

                                                             Case Number: 9:18-cv-80257-RLR

     Plaintiff,

v.

TRAVEL LEADERS GROUP, LLC,
d/b/a and s/k/a TRAVEL LEADERS GROUP,
NINAN CHACKO and JOHN LOVELL,

     Defendants.

_____/

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

     Defendants, NINAN CHACKO and JOHN LOVELL, by and through their undersigned counsel and in accordance with Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, hereby file their Unopposed Motion for Extension of Time to File Response to Plaintiff's Complaint and state as follows:

     1.     Plaintiff served Mr. Chacko and Mr. Lovell with a copy of the Complaint on February 8, 2018.  A response is due today.

     2.     Broad and Cassel LLP was just recently retained and the undersigned filed her notice of appearance today.

     3.     A brief extension of two-weeks to respond to the Complaint is requested so counsel for Mr. Chacko and Mr. Lovell can discuss this matter with her clients and review relevant documentation.

1

4. This motion is made in good faith and not for purposes of delay. The relief sought herein will not prejudice any party.

5. The undersigned has conferred with counsel for Plaintiff and the co-Defendant, TRAVEL LEADERS GROUP, LLC, who do not object to the relief sought herein.

WHEREFORE, Defendants, NINAN CHACKO and JOHN LOVELL, respectfully request that the Court enter an order granting this Motion and providing such further relief as the Court deems just and proper.

### LOCAL RULE 7.1(a)(3) CERTIFICATION

In accordance with Local Rule 7.1(a)(3), the undersigned certifies that she has conferred with counsel for Plaintiff and counsel for the co-Defendant, TRAVEL LEADERS GROUP, LLC, on February 28, 2018, and they do not object to the extension of time sought by this motion.

DATED: February 28, 2018

/s/ Kelly B. Holbrook
KELLY B. HOLBROOK
Florida Bar No. 527084
kholbrook@broadandcassel.com
ralicea@broadandcassel.com
LISA GRIFFIN HODGDON
Florida Bar No. 137774
lhodgdon@broadandcassel.com
ralicea@broadandcassel.com
BROAD AND CASSEL LLP
100 North Tampa Street, Suite 3500
Tampa, Florida  33602
Telephone:  (813) 225-3020
Facsimile:  (813) 225-3039
*Attorneys for Defendants Ninan Chacko and John Lovell*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2018, a true and correct copy of the foregoing was filed using the Court's CM/ECF System, which will send a notice of electronic filing to the following CM/ECF participants:

Steven L. Schwarzberg, Esquire
Florida Bar No: 306134
SCHWARZBERG & ASSOCIATES
2751 S. Dixie Highway, Suite 400
West Palm Beach, Florida 33405
Tel: (561) 659-3300
Fax: (561) 693-4540
Primary E-mail: steve@schwarzberglaw.com
Secondary E-mail: mail@schwarzberglaw.com;
*Attorneys for Plaintiff, Mabelle Meyaart a/k/a Mai Meyaart*

Thomas A. Groendyke, Esquire
Florida Bar No: 180849
MCGUINNESS & CICERO
1000 Sawgrass Corporate Parkway, Suite 590
Sunrise, Florida 33323
Main: (954) 838-8832
Fax: (954) 838-8842
Primary E-mail: tgroendyke@dmc-atty.com
Secondary E-mail: eservice@dmc-atty.com
acali@dmc-atty.com
*Attorneys for Defendant, Travel Leaders Group, LLC*

                                                 s/ Kelly B. Holbrook
                                                 KELLY B. HOLBROOK, ESQ.