**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

MABELLE MEYAART
a/k/a MAI MEYAART

                                          Case Number: 9:18-cv-80257-RLR

    Plaintiff,

v.

TRAVEL LEADERS GROUP, LLC,
d/b/a and s/k/a TRAVEL LEADERS GROUP,
NINAN CHACKO and JOHN LOVELL,

    Defendants.
_____/

## **DEFENDANTS, NINAN CHACKO AND JOHN LOVELL'S CONSENT TO REMOVAL**

       Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Ninan Chacko ("Mr. Chacko") and John Lovell ("Mr. Lovell") hereby file their Notice of Consent to Removal and state:

       1.     On February 6, 2018, Plaintiff filed a Complaint in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.

       2.     Co-Defendant, TRAVEL LEADERS GROUP, LLC, filed a timely Notice of Removal on February 27, 2018 [Docket No. 1].

       3.     Mr. Lovell was served with a copy of Plaintiff's Complaint on February 8, 2018.

       4.     Mr. Chacko was served with a copy of Plaintiff's Complaint on February 8, 2018.

       5.     Mr. Lovell and Mr. Chacko hereby consent to the removal of this case from the Fifteenth Judicial Circuit to this Court.

       6.     This Notice of Consent to Removal is timely because it is filed within thirty (30) days of the date Mr. Lovell and Mr. Chacko were served with the Complaint.

        s/ Kelly B. Holbrook
        KELLY B. HOLBROOK
        Florida Bar No. 0527084
        LISA G. HODGDON
        Florida Bar No. 137774
        BROAD AND CASSEL
        100 North Tampa Street, Suite 3500
        Tampa, Florida  33602
        Telephone:  (813) 225-3020
        Facsimile:  (813) 225-3039
        Attorneys for Defendants, Ninan Chacko and
        John Lovell

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 1, 2018, a true and correct copy of the foregoing was filed using the Court's CM/ECF System, which will send a notice of electronic filing to the following CM/ECF participants:

Steven L. Schwarzberg, Esquire
Florida Bar No: 306134
SCHWARZBERG & ASSOCIATES
2751 S. Dixie Highway, Suite 400
West Palm Beach, Florida 33405
Tel: (561) 659-3300
Fax: (561) 693-4540
Primary E-mail: steve@schwarzberglaw.com
Secondary E-mail: mail@schwarzberglaw.com;
*Attorneys for Plaintiff, Mabelle Meyaart a/k/a Mai Meyaart*

Thomas A. Groendyke, Esquire
Florida Bar No: 180849
MCGUINNESS & CICERO
1000 Sawgrass Corporate Parkway, Suite 590
Sunrise, Florida 33323
Main: (954) 838-8832
Fax: (954) 838-8842
Primary E-mail: tgroendyke@dmc-atty.com
Secondary E-mail: eservice@dmc-atty.com
acali@dmc-atty.com
*Attorneys for Defendant, Travel Leaders Group, LLC*

        s/  Kelly B. Holbrook
        KELLY B. HOLBROOK, ESQ.