UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case Number: 9-18-cv-80257-RLR

MABELLE MEYAART
a/k/a MAI MEYAART,

    Plaintiff,

v.

TRAVEL LEADERS GROUP, LLC,
d/b/a and s/k/a TRAVEL LEADERS GROUP,
NINAN CHACKO and JOHN LOVELL

    Defendants.
_____/

**NOTICE OF SELECTION OF MEDIATOR**

    Plaintiff, Mabelle Meyaart, by and through undersigned counsel, and pursuant to this Court's Scheduling Order and Order Referring Case to Mediation [DE 32], hereby files this Notice of Selection of Mediator informing the Court that the parties have selected Robyn S. Hankins, Esq., The Law Offices of Robyn S. Hankins, 4600 Military Trail, Suite 217, Jupiter, Florida 33458, as the mediator in this action. The mediation will take place on Tuesday, June 26, 2018, from 9:00 a.m. to 6:00 p.m., at the offices of Broad and Cassel LLP, located at One North Clematis Street, Suite 500, West Palm Beach, Florida 33401.

## CERTIFICATE OF SERVICE

**WE DO HEREBY CERTIFY** that on May 23, 2018, a true and correct copy of the foregoing was filed using the Court's CM/ECF System, which will send a notice of electronic filing to the all counsel of record identified on the service list below.

SCHWARZBERG & ASSOCIATES
*Attorneys for Plaintiff, Mrs. Meyaart*
2751 South Dixie Highway, Suite 400
West Palm Beach, FL 33405
Telephone:   (561) 659-3300
Facsimile:   (561) 693-4540

By:  ***Steven L. Schwarzberg***
     STEVEN L. SCHWARZBERG
     Florida Bar No. 0306134
     steve@schwarzberglaw.com
     mail@schwarzberglaw.com

**SERVICE LIST**

Cheryl L. Wilke, Esq.
Hinshaw & Culbertson LLP
One East Broward Boulevard, Suite 1010
Ft. Lauderdale, FL 33301
*Counsel for Travel Leaders Group, LLC*

Kelly B. Holbrook, Esq.
Lisa Griffin Hodgdon, Esq.
Broad and Cassel LLP
100 North Tampa Street, Suite 3500
Tampa, Florida 33602
*Counsel for Ninan Chacko and John Lovell*