IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

MABELLE MEYAART
a/k/a MAI MEYAART

Case Number: 9:18-cv-80257-RLR

    Plaintiff,

v.

TRAVEL LEADERS GROUP, LLC,
d/b/a and s/k/a TRAVEL LEADERS GROUP,
NINAN CHACKO and JOHN LOVELL,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(1)(A)(ii), Plaintiff, Mabelle "Mai" Meyaart and Defendants, Travel Leaders Group, LLC d/b/a and s/k/a Travel Leaders Group, Ninan Chacko, and John Lovell, hereby jointly stipulate to the dismissal of all of Plaintiff's claims against all Defendants with prejudice, with each party to bear her/its own attorney's fees and costs.

Dated: August 30, 2018

| | |
|---|---|
| /s/ *Steven L. Schwarzberg* | /s/ *Cheryl L. Wilke* |
| Steven L. Schwarzberg, Esq. | Cheryl L. Wilke |
| Florida Bar No. 0306134 | Florida Bar No. 0893780 |
| steve@schwarzberglaw.com | cwilke@hinshawlaw.com |
| mail@schwarzberglaw.com | HINSHAW & CULBERTSON LLP |
| SCHWARZBERG & ASSOCIATES | One East Broward Boulevard |
| 2751 South Dixie Highway, Suite 400 | Suite 1010 |
| West Palm Beach, FL 33405 | Ft. Lauderdale, FL 33301 |
| Telephone:  (561) 659-3300 | Telephone: (954) 467-7900 |
| Facsimile:   (561) 693-4540 | |
| | *Attorneys for Travel Leaders Group* |
| *Attorneys for Plaintiff, Mabelle Meyaart* | |

/s/ *Kelly B. Holbrook*
Kelly B. Holbrook, Esq.
Florida Bar No. 527084
kholbrook@broadandcassel.com
ralicea@broadandcassel.com
Lisa Griffin Hodgdon, Esq.
Florida Bar No. 137774
lhodgdon@broadandcassel.com
ralicea@broadandcassel.com
BROAD AND CASSEL LLP
100 North Tampa Street, Suite 3500
Tampa, FL 33602
Telephone:    (813) 225-3020
Facsimile:    (813) 225-3039

*Attorneys for Defendants, Lovell and Chacko*

## SERVICE LIST

I HEREBY CERTIFY that on this 30th day of August, 2018, the foregoing document was served on all counsel of record in via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ *Steven L. Schwarzberg*
Steven L. Schwarzberg, Esq.
Florida Bar No. 0306134
steve@schwarzberglaw.com
mail@schwarzberglaw.com
SCHWARZBERG & ASSOCIATES
2751 South Dixie Highway, Suite 400
West Palm Beach, FL 33405
Telephone:    (561) 659-3300
Facsimile:    (561) 693-4540

*Attorneys for Plaintiff, Mabelle Meyaart*