UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:18-CV-80257-ROSENBERG/REINHART

MABELLE MEYAART,

    Plaintiff,

v.

TRAVEL LEADERS GROUP, LLC *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [DE 86]. In light of the parties' Joint Stipulation, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED WITH PREJUDICE**.

2. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

3. All pending motions are **DENIED AS MOOT**, all deadlines are **TERMINATED**, and all hearings are **CANCELLED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 30th day of August, 2018.

                                        ROBIN L. ROSENBERG
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record